```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09925
   TONYA BYRD BROWN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2546


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was converted to chapter 7 after confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY     NOT FILED         .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   10198.51          .00         487.75
DIRECTV                    UNSECURED       NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED         .00            .00
CAPITAL ONE                UNSECURED        1477.48          .00            .00
CALVARY PORTFOLIO SVCS     UNSECURED       NOT FILED         .00            .00
CERTEGY                    UNSECURED       NOT FILED         .00            .00
CHASE/CIRCUIT CITY         UNSECURED       NOT FILED         .00            .00
US CELLULAR                UNSECURED       NOT FILED         .00            .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED         .00            .00
THE CHILDRENS HOUSE        UNSECURED         150.61          .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED       NOT FILED         .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED       NOT FILED         .00            .00
COMCAST                    UNSECURED       NOT FILED         .00            .00
Z TEL COMMUNICATIONS       UNSECURED         355.42          .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED         .00            .00
HSBC NV                    UNSECURED       NOT FILED         .00            .00
NICOR GAS                  UNSECURED         240.86          .00            .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED         .00            .00
AT&T WIRELESS              UNSECURED        1183.28          .00            .00
SPRINT                     UNSECURED       NOT FILED         .00            .00
PERSONAL FINANCE CO        UNSECURED       NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         289.70          .00            .00
WFNNB/EXPRESS              UNSECURED       NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   FILED LATE       7436.91          .00            .00
INTERNAL REVENUE SERVICE   FILED LATE        204.12          .00            .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY      2,824.00                     2,824.00
TOM VAUGHN                 TRUSTEE                                         263.25
DEBTOR REFUND              REFUND                                          975.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 09925 TONYA BYRD BROWN
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       4,550.00

PRIORITY                                                    .00
SECURED                                                  487.75
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,824.00
TRUSTEE COMPENSATION                                     263.25
DEBTOR REFUND                                            975.00
                           ---------------        ---------------
TOTALS                        4,550.00                 4,550.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 03/18/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
           CASE NO. 07 B 09925 TONYA BYRD BROWN